## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**MARQUEZ T. RUDOLPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2025

[October 17, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502010CF001156AXXXMB.

Marquez T. Rudolph, DeFuniak Springs, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***